## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 17bk38099 |
| CLINTON J. MAHONEY, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) Honorable Timothy A. Barnes |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ROZOVICS GROUP, LLP, ACCOUNTANTS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 29,795.50 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 6,125.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 23,670.50 | TOTAL COSTS ALLOWED: | $ 0.00 |

### TOTAL FEES AND COSTS ALLOWED: $ 23,670.50

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the paragraphs below.

**(1)   Unreasonable Time – TOTAL of disallowed amounts: $ 6,125.00**

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

In this case the applicant spent an inordinate amount on preparation of certain operating reports without further explanation. The court found that the applicant was able to complete operating reports by expending around 8 hours, which still exceeds the time spent in most other chapter 11 cases. The court, therefore, allowed on average 8 hours for preparation of each monthly operating report and marked all time spent beyond that as, absent explanation, unreasonable.

Dated: October 9, 2018

_____
Timothy A. Barnes
United States Bankruptcy Judge

**BILLING WORKSHEET**
**January 24, 2018 through July 12, 2018**

| Engagement | Staff | Date | Rate | Hours/Units | Amount | Comments / Biller Note ("Biller:") | |
|---|---|---|---|---|---|---|---|
| TELEPHONE | AP | 01/17/18 | 140.00 | 0.60 | 84.00 | Telephone calls (.3) & emails (.3) with M. O'Brien regarding documentation request and sending of documents. | (1) Unreasonable Time |
| TAXIND | AP | 01/18/18 | 140.00 | 0.50 | 70.00 | Provide debtor with list of documents needed in the preparation of the bankruptcy operating report and accounting for his business. | |
| ACCOUNTING | MMH | 01/24/18 | 315.00 | 1.30 | 409.50 | Review order authorizing employment (.3) and discuss bankruptcy procedures and filings with A. Presa and draft list of work that will have to be done and the timing of the report.(1.0). | |
| ACCOUNTING | AP | 01/31/18 | 140.00 | 1.30 | 182.00 | Review Quickbooks accounting to determine if the information is insufficient detail to assist in the operating report preparation. (.4) and assist debtor with recharacterization of monies deposited in the last 5 days of December 2017 and through January 31, 2018 (.9). | |
| ACCOUNTING | MMH | 01/31/18 | 315.00 | 3.90 | 1228.50 | Review accounting 1ntomation we have e.g. bank statements, deposit information, debit information and payroll information. (2.2) ... | |
| ACCOUNTING | MMH | 01/31/18 | 315.00 | 0.80 | 252.00 | Receive (.2) and review additional bank information from debtor to be included in the monthly operating report (.6). | |
| TELEPHONE | AP | 02/02/18 | 140.00 | 0.30 | 42.00 | Phone call to debtor in regards to additional tax information e.g. real estate taxes and interest needed for debtor's tax return. | |
| TELEPHONE | MMH | 02/02/18 | 315.00 | 0.60 | 189.00 | Telephone conversation with debtor's attorneys regarding tax return information needed e.g. 2015 and 2016 individual income tax returns and the information returns that flow into the individual returns and time frame for producing same. | |
| TAXIND | MMH | 02/04/18 | 315.00 | 3.70 | 1165.50 | Prepare tax filings that flow into the 2015 (1.9) and 2016 (1.8) individual income tax returns for debtor. | |
| ACCOUNTING | AP | 02/05/18 | 140.00 | 0.90 | 126.00 | Begin to compile the operating report by reviewing all the debit 2018 transactions (.5) the work within a report by debtor and categorizing transactions. (.4) | (1) Unreasonable Time |
| ACCOUNTING | AP | 02/05/18 | 140.00 | 0.50 | 70.00 | Contact debtor via multiple emails in regards to additional information needed (.2) and provide the check detail, debit card transactions and debits from bank account for the debtor to give a better description. (.3). | |
| ACCOUNTING | MMH | 02/05/18 | 315.00 | 1.60 | 504.00 | Discussion with A. Presa regarding the monthly operating report preparation e.g. what is still needed to complete (.9) and why the debtor is not responding to the emails and telephone messages (.7). | |
| ACCOUNTING | MMH | 02/05/18 | 315.00 | 0.90 | 283.50 | Respond to email form attorneys regarding request for completion of tax work that flows into the individual income tax returns for 2015 and 2016 and information to be sent to them. | |
| TELEPHONE | AP | 02/05/18 | 140.00 | 0.40 | 56.00 | Follow up email requests with several telepone calls to obtain the information. | |
| ACCOUNTING | AP | 02/06/18 | 140.00 | 0.70 | 98.00 | Make changes to the listing of the expenses per the debtor on operating report for January 2018. | |

**EXHIBIT "A"**

**BILLING WORKSHEET**
**January 24, 2018 through July 12, 2018**

| Engagement | Staff | Date | Rate | Hours/Units | Amount | Comments / Biller Note (*Biller:) | |
|---|---|---|---|---|---|---|---|
| ACCOUNTING | AP | 02/06/18 | 140.00 | 0.40 | 56.00 | Work in Quickbooks to make changes per the debtor's information per the debtor to keep a running accounting on his business operations as well as his individual expenses. | |
| TAXIND | MMH | 02/06/18 | 315.00 | 6.50 | 2047.50 | Finish preparation (2015 2.1) (2016 2.0), review (2015 1.1) (2016 1.0) and have 2015 and 2016 returns assembled for debtor and send additional copies to debtor's attorney's (.3). | |
| TELEPHONE | AP | 02/06/18 | 140.00 | 0.40 | 56.00 | Telephone calls to debtor to characterize certain deposits and expenses for the month of January 2018. | |
| TELEPHONE | AP | 02/06/18 | 140.00 | 0.20 | 28.00 | Follow up with debtor on phone regarding the deposits and expenses characterizations for January 2018. | |
| TELEPHONE | MMH | 02/06/18 | 315.00 | 0.40 | 126.00 | Telephone conversation with debtor's attorney regarding drafting business valuation list of information. | |
| ACCOUNTING | AP | 02/07/18 | 140.00 | 1.20 | 168.00 | Finalize December 27 through 31, 2017 operating report (1.1) and send to all respective parties.(.1) | |
| ACCOUNTING | MMH | 02/07/18 | 315.00 | 2.70 | 850.50 | Reconcile accounting work on 2017 information for year end in preparation for the individual 1040 form (2.5). Missing several pieces of information and compiling list to email to debtor.(.2) | |
| ACCOUNTING | AP | 02/08/18 | 140.00 | 2.10 | 294.00 | Make adjustments for December 2017 operating report to clean up and recharacterize some of the bank information. | |
| ACCOUNTING | AP | 02/09/18 | 140.00 | 2.00 | 280.00 | Reconcile the bank accounts for January 2018 operating report. | |
| ACCOUNTING | AP | 02/12/18 | 140.00 | 4.10 | 574.00 | Prepare revenue and expesnse detailed list for January 2018 operating report attachment (2.9). Continue working on January operating report.(1.2) | |
| ACCOUNTING | MMH | 02/12/18 | 315.00 | 0.60 | 189.00 | Answer questions regarding some of the bank debits for the January 2018 operating report (.4) and clarify requests for ͏͏͏͏͏͏͏ clarification ͏͏͏͏ mail ͏͏ to debtor ( .2 ̓ | (1) Unreasonable Time |
| ACCOUNTING | MMH | 02/12/18 | 315.00 | 0.70 | 220.50 | Review with A. Presa the layout of the January 2018 operating report., showing how the additional schedules should be added. | (1) Unreasonable Time |
| ACCOUNTING | AP | 02/13/18 | 140.00 | 0.70 | 98.00 | Review with M. Hunn the layout of the January 2018 operating report. | |
| ACCOUNTING | AP | 02/14/18 | 140.00 | 2.60 | 364.00 | Make adjustments to the January 2018 operating report per M. Hunn's request to clarify and organize the cash disbursement information. | (1) Unreasonable Time |
| ACCOUNTING | MMH | 02/14/18 | 315.00 | 1.70 | 535.50 | Review January 2018 operating report (1.5) and request A. Presa to push debtor via email for insurance policies (.2). | (1) Unreasonable Time |
| ACCOUNTING | AP | 02/15/18 | 140.00 | 0.40 | 56.00 | Contact debtor via email regarding insurance policy information and bank account detail for January 2018 for Chase Bank. | |
| ACCOUNTING | AP | 02/15/18 | 140.00 | 0.80 | 112.00 | Reconcile information for debtor's personal account into the January 2018 operating report. | |
| ACCOUNTING | AP | 02/16/18 | 140.00 | 0.20 | 28.00 | Email questions regarding insurance information to debtor's | |
| ACCOUNTING | AP | 02/19/18 | 140.00 | 2.20 | 308.00 | Include insurance information and adjustments to the January 2018 operating report. | (1) Unreasonable Time |
| ACCOUNTING | MMH | 02/20/18 | 315.00 | 1.90 | 598.50 | Final review of the January 2018 operating report. | (1) Unreasonable Time |

EXHIBIT "A"

**BILLING WORKSHEET**
**January 24, 2018 through July 12, 2018**

| Engagement | Staff | Date | Rate | Hours/Units | Amount | Comments / Biller Note (*Biller:) | |
|---|---|---|---|---|---|---|---|
| TELEPHONE | AP | 02/20/18 | 140.00 | 0.20 | 28.00 | Telephone conversation with debtor's attorney regarding additional clarifications and changes to the January 2018 operating report. | (1) Unreasonable Time |
| ACCOUNTING | AP | 02/21/18 | 140.00 | 2.60 | 364.00 | Make accounting changes to January 2018 operating per debtor's attorney. | (1) Unreasonable Time |
| ACCOUNTING | MMH | 02/21/18 | 315.00 | 1.30 | 409.50 | Assist A. Presa with changes requested by debtor's attorney to the January 2018 operating report. | (1) Unreasonable Time |
| ACCOUNTING | MMH | 03/01/18 | 315.00 | 1.40 | 441.00 | Review IRS proof of claim sent over by debtor's attorney for tax filings that debtor may not have sent in. | |
| ACCOUNTING | MMH | 03/05/18 | 315.00 | 0.60 | 189.00 | Correspondence with debtor regarding the need for additonal information on tax returns that flow into the debtor's individual tax return. | |
| TELEPHONE | MMH | 03/07/18 | 315.00 | 0.40 | 126.00 | Discussion with debtor regarding the second notice from the IRS regarding outstanding payroll tax liabilities. | |
| ACCOUNTING | AP | 03/09/18 | 140.00 | 0.60 | 84.00 | Begin to review and list the deposits and debit informatin from the February 2018 bank statements sent by debtor. | |
| ACCOUNTING | MMH | 03/09/18 | 315.00 | 0.50 | 157.50 | Review schedule of deposits and debits for February 2018 (.4) and call with IRS for the ein. | |
| TELEPHONE | MMH | 03/09/18 | 315.00 | 0.60 | 189.00 | Telephone with attorney for the debtor regarding proof of claim; got the ein but not to which entity it belongs. No power of attorney could be gotten without the entity name. Need to have debtor on call with IRS to get the entity name for the ein. | |
| TELEPHONE | MMH | 03/09/18 | 315.00 | 0.40 | 126.00 | Telephone conversation with debtor regarding his discussion with the IRS. The IRS told him it was for a prior sole proprietorship he owned and there had been no payroll tax returns filed for those periods. Tax filings would have to be prepared and sent to the IRS. | |
| TELEPHONE | MMH | 03/09/18 | 315.00 | 0.40 | 126.00 | Discuss with the need to prepare all the payroll tax returns for the open quarters 1/1/2011 through 12/31/2017 with attorney. | |
| ACCOUNTING | AP | 03/12/18 | 140.00 | 2.50 | 350.00 | Compiled (1.6) and tagged (1.1) the payroll tax reports for signature. | |
| ACCOUNTING | MMH | 03/12/18 | 315.00 | 2.70 | 850.50 | Draft response for the 941 reports and 940 reports in answer to the proof of claim by the IRS for the tax periods 1/1/2011 through 12/31/2017. | |
| ACCOUNTING | MMH | 03/12/18 | 315.00 | 0.60 | 189.00 | Review the preparation of the preliminary 941/940 payroll tax returns, for the periods 1/1/2011 through 12/31/2017. | |
| TELEPHONE | MMH | 03/12/18 | 315.00 | 0.50 | 157.50 | Follow up discussion with debtor's attorney the reason as to why we will generate zero payroll tax returns for 24 quarters in response to the IRS proof of claim. | |
| ACCOUNTING | AP | 03/13/18 | 140.00 | 0.70 | 98.00 | Continue to reconcile the bank accounts on the February 2018 operating report. | |
| ACCOUNTING | AP | 03/15/18 | 140.00 | 2.60 | 364.00 | Work on categorizing transactions (1.2) and continue reconciling the bank accounts on February 2018 operating report (1.4). | |
| ACCOUNTING | AP | 03/16/18 | 140.00 | 1.50 | 210.00 | Working on descriptions and characterizations of debits for the operating report for FP.hrwiry 2018. | |

EXHIBIT "A"

**BILLING WORKSHEET**
**January 24, 2018 through July 12, 2018**

| Engagement | Staff | Date | Rate | Hours/Units | Amount | Comments/ Biller Note (*Biller:) | |
|---|---|---|---|---|---|---|---|
| ACCOUNTING | MMH | 03/16/18 | 315.00 | 0.70 | 220.50 | Follow up with A. Presa on the status of the February 2018 operating statement (.5) and the 941/940 payroll tax return filings (.2). | |
| TELEPHONE | AP | 03/16/18 | 140.00 | 2.00 | 280.00 | Telephone conversation regarding current payroll tax liabilities and payroll taxes with debtor information needed for the February 2018 operating report. | |
| ACCOUNTING | MMH | 03/20/18 | 315.00 | 1.60 | 504.00 | Review the February 2018 operating report. | |
| ACCOUNTING | MMH | 03/20/18 | 315.00 | 2.40 | 756.00 | Review 24 quarters of payroll tax returns to be filed for the proof of claim periods 1/1/2011 through 12/31/2017. | |
| ACCOUNTING | MMH | 03/20/18 | 315.00 | 1.60 | 504.00 | Meet with debtor. Have him sign February 2018 operating report and all the payroll tax returns that needed to be filed in response to the proof of claim filed by the IRS. | |
| ACCOUNTING | MMH | 03/22/18 | 315.00 | 1.10 | 346.50 | Draft response to the IRS proof of claim and forward signed 941's 940's and individual 1040's for the years 2015 and 2016, along with other tax fillings shown on proof of claim. | |
| ACCOUNTING | AP | 04/04/18 | 140.00 | 2.90 | 406.00 | Begin reviewing the March 2018 bank statements (1.8) and marking needed additional information (1.1). | |
| ACCOUNTING | AP | 04/05/18 | 140.00 | 0.50 | 70.00 | Contact debtor with questions by email to get more detailed information reoarding the bank transactions both deposits and | |
| ACCOUNTING | AP | 04/09/18 | 140.00 | 1.60 | 224.00 | Continue working on March 2018 accounting with responses received from debtor. | |
| ACCOUNTING | AP | 04/11/18 | 140.00 | 1.50 | 210.00 | Continue compiling on March accounting into QuickBooks (1.3). Email debtor with request for additional information (.2). | |
| ACCOUNTING | AP | 04/12/18 | 140.00 | 1.10 | 154.00 | Compiling the March 2018 operating report with the information from the debtor. | |
| ACCOUNTING | AP | 04/13/18 | 140.00 | 1.50 | 210.00 | Work on breaking down March 2018 operating report transaction details. | |
| TELEPHONE | MMH | 04/17/18 | 315.00 | 1.10 | 346.50 | Telephone discussion with debtor (.5). Call accounting firm for family Ltd. Partnership to obtain a K-1 for 2017 (.3). Receive the K-1 via email and forward same to debtor's attorneys as well as debtor (.3). | |
| ACCOUNTING | AP | 04/18/18 | 140.00 | 1.10 | 154.00 | Continue compiling the bank expenses on the operating report for March 2018. | (1) Unreasonable Time |
| ACCOUNTING | AP | 04/19/18 | 140.00 | 2.70 | 378.00 | Finish the March 2018 operating report (2.5) and send to debtor for his review and signature (.2). | (1) Unreasonable Time |
| ACCOUNTING | MMH | 04/19/18 | 315.00 | 1.70 | 535.50 | Review the March 2018 operating report. | (1) Unreasonable Time |
| ACCOUNTING | AP | 04/20/18 | 140.00 | 0.50 | 70.00 | Respond to debtor's email (.2). Make adjustments to March 2018 operating report per debtor and send to debtor's attorneys (.3). | (1) Unreasonable Time |
| ACCOUNTING | AP | 04/23/18 | 140.00 | 1.10 | 154.00 | Make adjustments to the March 2018 operating report per debtor's attorney. | (1) Unreasonable Time |
| ACCOUNTING | AP | 04/24/18 | 140.00 | 1.50 | 210.00 | Make changes to March 2018 operating report (.9) and add the Quarterly disbursement fee pages (.6). | (1) Unreasonable Time |
| ACCOUNTING | AP | 04/24/18 | 140.00 | 0.60 | 84.00 | Review final changes with M. Hunn and send March 2018 operating report back to the debtor's attorneys. | (1) Unreasonable Time |

**EXHIBIT "A"**

**BILLING WORKSHEET**
**January 24, 2018 through July 12, 2018**

| Engagement | Staff | Date | Rate | Hours/Units | Amount | Comments/ Biller Note (*Biller:) | |
|---|---|---|---|---|---|---|---|
| ACCOUNTING | MMH | 04/24/18 | 315.00 | 2.40 | 756.00 | Work with A. Presa on the preparation of and the timing of quarterly fee disbursment report (.6) and rereview the March 2018 operating report (1.4). | (1) Unreasonable Time |
| ACCOUNTING | MMH | 04/27/18 | 315.00 | 3.40 | 1071.00 | Work on tax issues with IRS regarding unfiled tax returns on amended proof of claim form. | |
| ACCOUNTING | MMH | 04/30/18 | 315.00 | 2.10 | 661.50 | Work with debtor's attorneys on workout potential work out plan and possible valuation. | |
| ACCOUNTING | AP | 05/01/18 | 140.00 | 0.20 | 28.00 | Emails requesting bank information for the April 2018 Operating report and discussion about insurance policies lapsing. | |
| ACCOUNTING | MMH | 05/01/18 | 315.00 | 0.70 | 220.50 | Respond via email to questions from the US Trustee's office reaardina the operatina report. | |
| ACCOUNTING | AP | 05/02/18 | 140.00 | 0.50 | 70.00 | Emails with debar to contact Insurance agent to get the policy information. | |
| TELEPHONE | MMH | 05/03/18 | 315.00 | 0.80 | 252.00 | Discuss with debtor any tax filings that are still needed based on amended proof of claim. | |
| ACCOUNTING | AP | 05/07/18 | 140.00 | 0.50 | 70.00 | Review and begin reconciling April 2018 bank statements sent by rPhtnr. | |
| ACCOUNTING | AP | 05/08/18 | 140.00 | 2.10 | 294.00 | Begin compiling reconciling the bank statements for the accounting in QuickBnnks for Anril 2018 mPratina rPnrrt. | |
| ACCOUNTING | AP | 05/09/18 | 140.00 | 1.50 | 210.00 | Finish reconcile the banks and list out information detail that needs to be obtained from the debtor on the April 2018 accounting (1.3) and email the debtor with a request for additional bank information | |
| ACCOUNTING | AP | 05/15/18 | 140.00 | 2.80 | 392.00 | Draft the information into the April 2018 operating report | |
| ACCOUNTING | MMH | 05/15/18 | 315.00 | 1.80 | 567.00 | Review April 2018 operating report, send back with changes for the rush rebuilt changes. | (1) Unreasonable Time |
| ACCOUNTING | AP | 05/17/18 | 140.00 | 1.50 | 210.00 | Make changes to the April 2018 operating report changes | |
| ACCOUNTING | MMH | 05/17/18 | 315.00 | 0.80 | 252.00 | Final review the April 2018 operating report. | (1) Unreasonable Time |
| ACCOUNTING | MMH | 05/21/18 | 315.00 | 0.30 | 94.50 | Review email from debtor's attorney regarding insurance (.2) and respond(.1). | (1) Unreasonable Time |
| TELEPHONE | MMH | 05/23/18 | 315.00 | 0.70 | 220.50 | Telephone call with the debtor's attorney regarding the valuation of the Mahoney Ltd Ptrship | |
| TELEPHONE | MMH | 05/23/18 | 315.00 | 0.80 | 252.00 | Meeting with J. Rozovics regarding whether we could do a quick valuation of the Ltd Partnership (.4). Telephone call back to debtor's attorney to relay information (.4). | |
| ACCOUNTING | AP | 06/07/18 | 140.00 | 0.60 | 84.00 | Emails to debtor to get May 2018 bank statements for the operating report. | |
| ACCOUNTING | AP | 06/11/18 | 140.00 | 1.20 | 168.00 | Reconcile the banks for the accounting for May 2018. (.9) Make list of items to be detailed and characterized by the debar. | |
| ACCOUNTING | AP | 06/18/18 | 140.00 | 1.50 | 210.00 | Make adjustments on the May 2018 operating report per information received from the debtor. | |
| ACCOUNTING | MMH | 06/18/18 | 315.00 | 1.10 | 346.50 | Review May 2018 operating report | |
| ACCOUNTING | AP | 06/19/18 | 140.00 | 0.20 | 28.00 | Email debtor with additional questions e.g. more detail on some of the expenses reit | |

EXHIBIT "A"

**BILLING WORKSHEET**
**January 24, 2018 through July 12, 2018**

| Engagement | Staff | Date | Rate | Hours/Units | Amount | Comments/ Biller Note (*Biller:) |
|---|---|---|---|---|---|---|
| ACCOUNTING | MMH | 06/20/18 | 315.00 | 0.60 | 189.00 | Final review of the May 2018 operating report. |
| ACCOUNTING | MMH | 06/21/18 | 315.00 | 0.40 | 126.00 | Respond to email from debtor's attorney regarding the addition of the cash collateral bank account to the May 2018 operating report. |
| ACCOUNTING | AP | 06/22/18 | 140.00 | 1.40 | 196.00 | Update May 2018 operating report to include the cash collateral bank account information |
| ACCOUNTING | AP | 06/30/18 | 140.00 | 0.60 | 84.00 | Finish compiling May 2018 operating report and send to debtor for signature. |
| ACCOUNTING | AP | 07/03/18 | 140.00 | 0.20 | 28.00 | Email debtor for June 2018 bank and accounting information for the operating report. |
| ACCOUNTING | AP | 07/09/18 | 140.00 | 1.60 | 224.00 | Reconcile the bank accounts for June (1.2) and make list of deposits and expenses that need to be characterized. (.4) |
| ACCOUNTING | AP | 07/11/18 | 140.00 | 1.10 | 154.00 | Continue to EL and make adjustments. Use the information received from the debtor (.3) and enter on the June 2018 accounting for operating report.(.8) |
| TELEPHONE | MMH | 07/12/18 | 315.00 | 0.30 | 94.50 | obtaining information for the June 2018 operating report from debtor |
| TELEPHONE | MMH | 07/12/18 | 315.00 | 0.60 | 189.00 | Telephone call with debtor's attorney regarding debtor (3). Talk with K. Blunda regarding information still needed to complete the June 2018 operating report (.3). |
| ACCOUNTING | AP | 07/13/18 | 140.00 | 0.20 | 28.00 | Email to debtor and K Blunda regarding to missing items for June 2018 operating report including checks/withdrawals. |
| Report Totals | | | | 133.20 | 29,795.50 | |

EXHIBIT "A"

SUMMARY REPORT BY ACTIVITY

| ACTIVITIES | TIME | %TOTAL | AMOUNT | % TOTAL |
|---|---|---|---|---|
| Accounting | 110.80 | 83.19% | 23,544.50 | 79.02% |
| Tax | 10.70 | 8.03% | 3,283.00 | 11.02% |
| Telephone | 11.70 | 8.78% | 2,968.00 | 9.96% |
| TOTALS | 133.20 | 100.00% | 29,795.50 | 100.00% |

EXHIBIT "D"