UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 17bk38099 |
| CLINTON J. MAHONEY, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) Honorable Timothy A. Barnes |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO HERMAN J. MARINO, LTD., P.C., SPECIAL COUNSEL FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 59,815.00 | TOTAL COSTS REQUESTED: | $ 2,733.40 |
| TOTAL FEES REDUCED: | $ 1,942.50 | TOTAL COSTS REDUCED: | $ 580.00 |
| TOTAL FEES ALLOWED: | $ 57,872.50 | TOTAL COSTS ALLOWED: | $ 2,153.40 |

**TOTAL FEES AND COSTS ALLOWED: $ 60,025.90**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the paragraphs below.

**(1) Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 1,802.50**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(2) No Benefit to the Estate – TOTAL of disallowed amounts: $ 140.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). There is no information in the record about a fee dispute or any issues with the ARDC in this case.

**(3) Computational or Typographical Error – TOTAL of disallowed amounts: $ 580.00**

The court denies the allowance of compensation for the following tasks because the amount of expenses appears to be a computational or typographical error. Also, where there are two identical entries, the court will consider one of the entries to be a typographical error.

Dated: November 6, 2018

Timothy A. Barnes
United States Bankruptcy Judge

**Herman J. Marino, Ltd., P.C.**
53 W Jackson Blvd.
Ste. 1337
Chicago, Illinois 60604
United States
3123479990

**Herman J. Marino, Ltd., P.C.**

**Clinton Mahoney**
Clinton Mahoney
10725 Maplewood Road
Countryside, Illinois. 60525

| | |
|---|---|
| Balance | $62,548.40 |
| Invoice # | 00224 |
| Invoice Date | August 26, 2018 |
| Payment Terms | Due on Receipt |
| Due Date | August 26, 2018 |

## Clinton Mahoney v. John and June Mahoney, Appeal No.1-17-2366

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total | |
|---|---|---|---|---|---|---|---|
| 01/26/2018 | HM | Various Services | Call office of Cook County Clerk (appeals) to check that common law record and record on appeal were ordered and available; check on preparation by clerk | 350.00 | 0.8 | 280.00 | (1) Lumping |
| 01/26/2018 | HM | Various Services | Download 17 volumes of common law record and Record on appeal; compare ROP with transcript that were ordered to see if the record needed to be supplement | 350.00 | 1.4 | 490.00 | (1) Lumping |
| 01/26/2018 | HM | Various Services | Pull circuit court electronic docket and identify relevant pleadings to be included in common law record. | 350.00 | 2.3 | 805.00 | |
| 01/26/2018 | HM | Various Services | Compare circuit court electronic record to common law record. | 350.00 | 3.5 | 1,225.00 | |
| 01/26/2018 | HM | Various Services | Review volume 1 of common law record ("CLR"), pages 1-3699; review pleadings and orders to prepare facts section of brief and for inclusion in appendix. | 350.00 | 3.1 | 1,085.00 | (1) Lumping |
| 01/26/2018 | HM | Various Services | Summarize facts from Volume 1 of CLR for inclusion in draft facts section of brief. | 350.00 | 0.6 | 210.00 | |
| 01/27/2018 | HM | Various Services | Review volume 2 of common law record ("CLR"), pages 3713-4431; review pleadings and orders; pull copies of legal memoranda for further research. | 350.00 | 2.2 | 770.00 | (1) Lumping |
| 01/27/2018 | HM | Various Services | Summarize facts from Volume 2 of CLR for inclusion in draft facts section of brief. | 350.00 | 1.2 | 420.00 | |

| Date | Initials | Service | Description | Rate | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| 01/27/2018 | HM | Various Services | Review volume 3 of common law record ("CLR"), pages 4445-7802; review pleadings and orders to prepare facts section of brief and for inclusion in appendix. | 350.00 | 1.1 | 385.00 | (1) Lumping |
| 01/27/2018 | HM | Various Services | Summarize facts from Volume 3 of CLR for inclusion in draft facts section of brief. | 350.00 | 0.8 | 280.00 | |
| 01/27/2018 | HM | Various Services | Review volume 4 of common law record ("CLR"), pages 7816-9177; review pleadings and orders to prepare facts section of brief and for inclusion in appendix; pull legal memoranda for use in future research | 350.00 | 3.1 | 1,085.00 | (1) Lumping |
| 01/27/2018 | HM | Various Services | Summarize facts from Volume 4 of CLR for inclusion in draft facts section of brief. | 350.00 | 0.6 | 210.00 | |
| 01/29/2018 | HM | Various Services | Review volume 5 of common law record ("CLR"), pages 9191-10,840; review pleadings and orders to prepare facts section of brief and for inclusion in appendix; pull legal memoranda for future research; pull calculation of damages in appellee pleadings | 350.00 | 3.1 | 1,085.00 | (1) Lumping |
| 01/29/2018 | HM | Various Services | Summarize facts from Volume 5 of CLR for inclusion in draft facts section of brief. | 350.00 | 0.6 | 210.00 | |
| 01/30/2018 | HM | Various Services | Review volume 6 of common law record ("CLR"), pages 10,854-12,400; review pleadings and orders to prepare facts section of brief and for inclusion in appendix. | 350.00 | 2.5 | 875.00 | (1) Lumping |
| 01/30/2018 | HM | Various Services | Summarize facts from Volume 6 of CLR for inclusion in draft facts section of brief. | 350.00 | 0.4 | 140.00 | |
| 01/31/2018 | HM | Various Services | Review volume 7 of common law record ("CLR"), pages 12,414-12,819; review pleadings and orders to prepare facts section of brief and for inclusion in appendix; pull pleadings and affidavits with damage calcuations | 350.00 | 3.1 | 1,085.00 | (1) Lumping |
| 01/31/2018 | HM | Various Services | Summarize facts from Volume 7 of CLR for inclusion in draft facts section of brief. | 350.00 | 1.0 | 350.00 | |
| 02/01/2018 | HM | Various Services | Review volume 8 of common law record ("CLR"), pages 12,833-13,164; review pleadings and orders to prepare facts section of brief and for inclusion in appendix. | 350.00 | 2.4 | 840.00 | (1) Lumping |
| 02/01/2018 | HM | Various Services | Summarize facts from Volume 8 of CLR for inclusion in draft facts section of brief. | 350.00 | 0.3 | 105.00 | |
| 02/01/2018 | HM | Various Services | Review volume 9 of common law record ("CLR"), pages 13,178-13,720; review pleadings and orders to prepare facts section of brief and for inclusion in appendix; pull pleadings with refernces to damage calcuations | 350.00 | 2.2 | 770.00 | (1) Lumping |
| 02/01/2018 | HM | Various Services | Email to Rose at counsel press to set up portal for filings with appellate court clerk | 350.00 | 0.2 | 70.00 | |
| 02/01/2018 | HM | Various Services | Draft Motion for additional extension of time to file Brief. | 350.00 | 0.7 | 245.00 | |
| 02/01/2018 | HM | Various Services | Draft supporting affidavit for extension of time to file Brief | 350.00 | 0.6 | 210.00 | |

2

| Date | Atty | Category | Description | Rate | Hours | Amount | Note |
|---|---|---|---|---|---|---|---|
| 02/01/2018 | HM | Various Services | Draft proposed order to submit with motion for extension of time to file brief. | 350.00 | 0.3 | 105.00 | |
| 02/02/2018 | HM | Various Services | Summarize facts from Volume 9 of CLR for inclusion in draft facts section of brief. | 350.00 | 0.3 | 105.00 | |
| 02/03/2018 | HM | Various Services | Review volume 10 of common law record ("CLR"), pages 13,712-14,433; review pleadings and orders to prepare facts section of brief and for inclusion in appendix. | 350.00 | 2.7 | 945.00 | (1) Lumping |
| 02/03/2018 | HM | Various Services | Summarize facts from Volume 10 of CLR for inclusion in draft facts section of brief. | 350.00 | 0.5 | 175.00 | |
| 02/05/2018 | HM | Various Services | Review volume 11 of common law record ("CLR"), pages 14,447-16,648; review pleadings and orders to prepare facts section of brief and for inclusion in appendix; pull pleadings with memoranda for future research and affidavits with damage references. | 350.00 | 3.5 | 1,225.00 | (1) Lumping |
| 02/05/2018 | HM | Various Services | Summarize facts from Volume 11 of CLR for inclusion in draft facts section of brief. | 350.00 | 1.1 | 385.00 | |
| 02/05/2018 | HM | Various Services | Review volume 12 of common law record ("CLR"), pages 16,662-16,789; review pleadings and orders to prepare facts section of brief and for inclusion in appendix; pull relevant pleadings; pull affidavits needed for damage calcuations | 350.00 | 3.0 | 1,050.00 | (1) Lumping |
| 02/05/2018 | HM | Various Services | Summarize facts from Volume 12 of CLR for inclusion in draft facts section of brief. | 350.00 | 2.0 | 700.00 | |
| 02/06/2018 | HM | Various Services | Draft initial calculation of damages subject to appeal; review original and amended notice of apeal to make sure no new amended notice is needed. | 350.00 | 0.6 | 210.00 | (1) Lumping |
| 02/06/2018 | HM | Various Services | Pull copies of orders and judgments for inclusion in appendix to brief | 350.00 | 1.0 | 350.00 | |
| 02/06/2018 | HM | Various Services | Draft issues section of brief; compare to pleadings pulled. | 350.00 | 1.1 | 385.00 | |
| 02/06/2018 | HM | Various Services | Draft outline of facts section of brief. | 350.00 | 0.5 | 175.00 | |
| 02/06/2018 | HM | Various Services | Draft pleadings section of brief | 350.00 | 1.0 | 350.00 | |
| 02/06/2018 | HM | Various Services | Draft background of case scetion of brief | 350.00 | 1.5 | 525.00 | |
| 02/06/2018 | HM | Various Services | Draft summary of prior orders section of brief | 350.00 | 1.8 | 630.00 | |
| 02/07/2018 | HM | Various Services | Review all prior contempt orders and supporting pleadings, draft contempt section of brief; discuss with Greg Stern; revise sotemtp section to brief. | 350.00 | 2.3 | 805.00 | (1) Lumping |
| 02/07/2018 | HM | Various Services | Pull all post-contempt orders and pleadings; revise post-contempt section of facts in brief. | 350.00 | 1.2 | 420.00 | (1) Lumping |
| 02/07/2018 | HM | Various Services | Draft summary judgment section of facts section in brief; compare to facst summat in related appellate opinions: Appeal Nos. 1-14-0113; 1-14-1649; 1-14-3198; 1-15-308 and 1-15-0181. | 350.00 | 2.1 | 735.00 | |
| 02/07/2018 | HM | Various Services | Revise facts section of brief; compare to prior appellate opinions and to facts summarized in motion to reconsider. | 350.00 | 1.2 | 420.00 | |

3

| Date | Initials | Service | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| 02/07/2018 | HM | Various Services | Meeting with Greg Stern to go over outline of brief, facts and arguments | 350.00 | 0.5 | 175.00 | |
| 02/07/2018 | HM | Various Services | Research standard of review section of brief for appeal of punitive damages and appeal of contempt orders and damages awarded in summayr judgment; pull cases to be cited and analyzed | 350.00 | 1.6 | 560.00 | (1) Lumping |
| 02/08/2018 | HM | Various Services | Shepardize cases to be cited in standard of review section for negative references and reversal | 350.00 | 0.5 | 175.00 | |
| 02/08/2018 | HM | Various Services | Research and pull cases dealing with contempt orderts; finality of contempt orders; use of contempt orders in awarding punitive damages | 350.00 | 4.1 | 1,435.00 | |
| 02/08/2018 | HM | Various Services | Shepardize contempt cases for reversal and negative references | 350.00 | 1.1 | 385.00 | |
| 02/09/2018 | HM | Various Services | Research appellate cases dealing with punititve damages and manner of awarding and calculating | 350.00 | 3.4 | 1,190.00 | |
| 02/09/2018 | HM | Various Services | Shepardize punitive damages cases for negative references and reversal and modification | 350.00 | 1.6 | 560.00 | |
| 02/09/2018 | HM | Various Services | Review trial court orders and findigns as to how the punititve damages are to be calculated and basis for income determination. | 350.00 | 0.7 | 245.00 | |
| 02/09/2018 | HM | Various Services | Research and pull cases for punitive damages awarded in summary judgment rather than after trial | 350.00 | 2.1 | 735.00 | |
| 02/09/2018 | HM | Various Services | Shepardize summary judgment cases for reversal, modification and negative references | 350.00 | 0.6 | 210.00 | |
| 02/10/2018 | HM | Various Services | research and pull appellate cases dealing with claim of civil conspiracy | 350.00 | 2.1 | 735.00 | |
| 02/10/2018 | HM | Various Services | Shepardize civil conspiracy cases for reversal, negative references and modification. | 350.00 | 0.5 | 175.00 | |
| 02/10/2018 | HM | Various Services | Research and pull cases dealing with claim of aiding and abetting | 350.00 | 1.8 | 630.00 | |
| 02/10/2018 | HM | Various Services | Shepardize aiding and abetting cases for reversal, modification and nehgative references | 350.00 | 0.7 | 245.00 | |
| 02/12/2018 | HM | Various Services | Research and pull cases dealing with claim of fraudulent conveyances awarded on summary judgment vs. after trial | 350.00 | 4.1 | 1,435.00 | |
| 02/12/2018 | HM | Various Services | Shepardize fraudulent conveyenaces cases for reversal, modification and negative references. | 350.00 | 0.8 | 280.00 | |
| 02/12/2018 | HM | Various Services | Research and pull appellate cases dealing with adequate consideration in claims of fraudulent conveyances under the IUFCA. | 350.00 | 2.3 | 805.00 | |
| 02/12/2018 | HM | Various Services | Shepardize adequate consideration cases for negative references, reversal or modification | 350.00 | 0.3 | 105.00 | |
| 02/12/2018 | HM | Various Services | research and pull cases dealing with preferential payments in adequate consideration cases under UFCA | 350.00 | 2.6 | 910.00 | |
| 02/13/2018 | HM | Various Services | Shepardize adequate condsideration cases for engtiev references, reversal or modification | 350.00 | 0.3 | 105.00 | |

4

| Date | Initials | Service | Description | Rate | Hours | Amount | Note |
|---|---|---|---|---|---|---|---|
| 02/13/2018 | HM | Various Services | Call appellate clerk re: status of motion to extend. | 350.00 | 0.1 | 35.00 | |
| 02/13/2018 | HM | Various Services | Organize documents for appendix; review all 17 volumes of common law record to make sure nothing is missing | 350.00 | 1.7 | 595.00 | (1) Lumping |
| 02/13/2018 | HM | Various Services | Insert pages number to each page in the appendix; make sure the documents in appendix are in the correct order. | 350.00 | 0.4 | 140.00 | (1) Lumping |
| 02/13/2018 | HM | Various Services | Draft table of contents for appendix. | 350.00 | 0.4 | 140.00 | |
| 02/13/2018 | HM | Various Services | Pull table of contents of common law recrod and report of proceedings to make sure it is correct, complete and included in appendix. | 350.00 | 0.5 | 175.00 | |
| 02/13/2018 | HM | Various Services | Draft standard of review section of brief. | 350.00 | 0.8 | 280.00 | |
| 02/14/2018 | HM | Various Services | Draft Contempt section of argument section of brief | 350.00 | 2.2 | 770.00 | |
| 02/14/2018 | HM | Various Services | Draft summary of final orders in argument section of brief. | 350.00 | 1.4 | 490.00 | |
| 02/14/2018 | HM | Various Services | Draft argument section of brief addressing whether contempt can be awarded on summary judgment vs trial | 350.00 | 2.0 | 700.00 | |
| 02/15/2018 | HM | Various Services | Draft punitive damages section ins argument section of brief addressing the constitutionality and procedures allowed in making award. | 350.00 | 2.2 | 770.00 | |
| 02/15/2018 | HM | Various Services | Draft civil conspiracy section of brief addressing elements of casue of action and whether damages can be awarded on summary judgment | 350.00 | 1.5 | 525.00 | |
| 02/15/2018 | HM | Various Services | Draft aiding and abetting in argument section of brief addressing elements of cause of action and whether damages can be awarded on summary judgment | 350.00 | 2.3 | 805.00 | |
| 02/15/2018 | HM | Various Services | Draft fraudulent conveyances argument in argument section of brief addressing elemtns of cause of action and whether damages can be awarded on summary judgment | 350.00 | 2.1 | 735.00 | |
| 02/16/2018 | HM | Various Services | Draft adequate consideration argument section of brief addressing effect of mortgaged on property in determining whether there was adequate consideration for the transfer. | 350.00 | 1.6 | 560.00 | |
| 02/16/2018 | HM | Various Services | Draft conclusions/relief requested section of brief. | 350.00 | 0.3 | 105.00 | |
| 02/17/2018 | HM | Various Services | Draft list of authorities cited in brief | 350.00 | 2.3 | 805.00 | |
| 02/19/2018 | HM | Various Services | diary deadline for filing; email Counsel Press re: deadline | 350.00 | 0.2 | 70.00 | (1) Lumping |
| 02/19/2018 | HM | Various Services | Email brief to Counsel Press for review and preparation of table of contents and review of list of authorities | 350.00 | 0.3 | 105.00 | |
| 02/20/2018 | HM | Various Services | Review Brief for errors and corrections in text and quotations from cases cited in brief | 350.00 | 1.2 | 420.00 | |
| 02/20/2018 | HM | Various Services | Review Brief to confirm proper citations to Common Law Record and Record on Appeal | 350.00 | 1.8 | 630.00 | |

6

| Date | Atty | Category | Description | Rate | Hours | Amount | Note |
|---|---|---|---|---|---|---|---|
| 02/20/2018 | HM | Various Services | Cross reference all citations to appendix and record. | 350.00 | 0.6 | 210.00 | |
| 02/20/2018 | HM | Various Services | Email changes to citation in brief to Counsel Press; Email status of appendix preparation to Counsel Press | 350.00 | 0.2 | 70.00 | (1) Lumping |
| 02/20/2018 | HM | Various Services | Final review of documents to be included in appendix | 350.00 | 0.8 | 280.00 | |
| 02/20/2018 | HM | Various Services | Email appendix to Counsel Press | 350.00 | 0.1 | 35.00 | |
| 02/20/2018 | HM | Various Services | Email exchange with Counsel Press re: errors in Brief | 350.00 | 0.2 | 70.00 | |
| 02/20/2018 | HM | Various Services | Review brief and make redline changes to text | 350.00 | 0.7 | 245.00 | |
| 02/20/2018 | HM | Various Services | Make further revisions to brief and email to Counsel Press in facts and argument sections only. | 350.00 | 0.2 | 70.00 | |
| 02/21/2018 | HM | Various Services | Review draft appendix from Counsel Press | 350.00 | 0.3 | 105.00 | |
| 02/21/2018 | HM | Various Services | Email counsel Press re: appendix | 350.00 | 0.2 | 70.00 | |
| 02/21/2018 | HM | Various Services | Review redraft of brief for new errors. | 350.00 | 1.1 | 385.00 | |
| 02/21/2018 | HM | Various Services | Email additional changes to Counsel Press, with explanation. | 350.00 | 0.3 | 105.00 | |
| 02/21/2018 | HM | Various Services | Final review of brief, including table of contents and list of authorities. | 350.00 | 1.2 | 420.00 | |
| 02/21/2018 | HM | Various Services | Email to Counsel Press for approval to finalize and print brief | 350.00 | 0.1 | 35.00 | |
| 02/21/2018 | HM | The Law Bulletin | Review email from Counsel Press re: call to clerk | 350.00 | 0.1 | 35.00 | |
| 02/21/2018 | HM | Various Services | Email to Counsel Press re: conv. w/clerk as to deadline for brief | 350.00 | 0.1 | 35.00 | |
| 02/21/2018 | HM | Various Services | Review email from Counsel Press re: Appendix | 350.00 | 0.1 | 35.00 | |
| 02/21/2018 | HM | Various Services | Review new appendix and email to Counsel Press re: Appendix | 350.00 | 0.1 | 35.00 | |
| 02/21/2018 | HM | Various Services | Email Counsel Press to Authorize filing | 350.00 | 0.1 | 35.00 | |
| 02/21/2018 | HM | Various Services | Review email from Counsel Press re: portal | 350.00 | 0.1 | 35.00 | |
| 02/21/2018 | HM | Various Services | Email Counsel Press re: order | 350.00 | 0.1 | 35.00 | |
| 02/21/2018 | HM | Various Services | Review email from Counsel Press re: confirmation of filing | 350.00 | 0.1 | 35.00 | |
| 02/21/2018 | HM | Various Services | Review email from Counsel Press re: payment of filing fees and printing costs; email to Counsel Press re: payment of filing fees and printing costs | 350.00 | 0.1 | 35.00 | |
| 02/21/2018 | HM | Various Services | Review email from Counsel Press re: confirmation of filing and stamped copy of brief and appendix | 350.00 | 0.1 | 35.00 | |
| 02/21/2018 | HM | Various Services | Pull stamped copy of brief from email sent by Counsel Press | 350.00 | 0.1 | 35.00 | |
| 02/21/2018 | HM | Various Services | Prepare list of Appellee lawyers to be served with brief; Email to Counsel Press re: list of lawyer on service list | 350.00 | 0.3 | 105.00 | (1) Lumping |
| 05/18/2018 | HM | Various Services | Review Appellee request to supplement record on appeal | 350.00 | 0.2 | 70.00 | |

6

| Date | Atty | Service | Description | Rate | Hours | Amount | Note |
|---|---|---|---|---|---|---|---|
| 05/18/2018 | HM | Various Services | Review file for transcripts to see if record needs to be Supplemented | 350.00 | 0.6 | 210.00 | |
| 05/18/2018 | HM | Various Services | Sign stipulation and email to Appellee counsel | 350.00 | 0.1 | 35.00 | |
| 05/31/2018 | HM | Various Services | Draft objections to motion filed by Appealee; Conf. w/ Greg | 350.00 | 2.6 | 910.00 | (1) Lumping |
| 05/31/2018 | HM | Various Services | Review Appellee motion for more time to file brief and to file brief in excess of 50 pages | 350.00 | 0.2 | 70.00 | |
| 05/31/2018 | HM | Various Services | Draft Objections to Appellee Motion for further time and to file brief in excess of 50 pages. | 350.00 | 1.3 | 455.00 | |
| 06/01/2018 | HM | Various Services | Email to Counsel Press for efiling of Objections; email Counsel Press to get Appendix; review Appendix to confirm basis of Objections | 350.00 | 0.8 | 280.00 | (1) Lumping |
| 06/01/2018 | HM | Various Services | Review orders denying Appellee motions; email to client | 350.00 | 0.1 | 35.00 | |
| 06/01/2018 | HM | Various Services | Draft motion to close briefs and schedule oral argument. | 350.00 | 1.7 | 595.00 | |
| 06/14/2018 | HM | Various Services | Draft response to Appellee motion; E-mail to Stern | 350.00 | 1.3 | 455.00 | (1) Lumping |
| 06/14/2018 | HM | Various Services | Draft motion to bar; E-mail to Stern | 350.00 | 1.4 | 490.00 | (1) Lumping |
| 06/14/2018 | HM | Various Services | Revise Motion to close briefs; Organize exhibits to motion to close briefs and schedule oral argument. | 350.00 | 0.5 | 175.00 | (1) Lumping |
| 06/15/2018 | HM | Various Services | E-mail re: Cook County fee =====; E-mail w/ Stern re: changes to motion to Bar; E-mail w/ Counsel Press | 350.00 | 1.4 | 490.00 | (1) Lumping |
| 06/15/2018 | HM | Various Services | Multiple e-mails w/ Counsel Press re: filing motion to bar | 350.00 | 0.3 | 105.00 | |
| 06/15/2018 | HM | Various Services | Draft proposed order on motion to close briefs and schedule oral argument | 350.00 | 0.3 | 105.00 | |
| 06/15/2018 | HM | Various Services | Email to Counsel Press for efiling of motion to close briefs and schedule oral argument | 350.00 | 0.2 | 70.00 | |
| 06/20/2018 | HM | Various Services | Review and analyze Appellee Brief | 350.00 | 1.1 | 385.00 | |
| 06/20/2018 | HM | Various Services | Draft Motion for additional extension of time to file Brief | 350.00 | 0.8 | 280.00 | |
| 06/20/2018 | HM | Various Services | Draft supporting affidavit for extension of time to file Reply Brief | 350.00 | 1.0 | 350.00 | |
| 06/20/2018 | HM | Various Services | Draft proposed order to submit with motion for extension of time to file brief. | 350.00 | 0.3 | 105.00 | |
| 06/20/2018 | HM | Various Services | Call Appellate Clerk re: pending motion for extension of time to file Reply Brief. | 350.00 | 0.2 | 70.00 | |
| 06/20/2018 | HM | Various Services | Review order denying 3 motions. | 350.00 | 0.1 | 35.00 | |
| 06/20/2018 | HM | Various Services | Pull and print out 22 cases cited in Appellee breif | 350.00 | 1.1 | 385.00 | |
| 06/20/2018 | HM | Various Services | Analyze and Shepardize Colipski case cited in Appellee brief | 350.00 | 0.5 | 175.00 | |
| 06/20/2018 | HM | Various Services | Analyze and Shepardize Sharif case cited in Appellee brief | 350.00 | 0.4 | 140.00 | |
| 06/20/2018 | HM | Various Services | Analyze and Shepardize Brandon case cited in Appellee brief | 350.00 | 0.6 | 210.00 | |

7

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 06/20/2018 | HM | Various Services | Analyze and Shepardize Manconi v. Davidson case cited in Appellee brief | 350.00 | 0.7 | 245.00 |
| 06/20/2018 | HM | Various Services | Analyze and Shepardize Global Experience case cited in Appellee brief | 350.00 | 0.4 | 140.00 |
| 06/20/2018 | HM | Various Services | Analyze and Shepardize Brown v. Philips case cited in Appellee brief | 350.00 | 0.5 | 175.00 |
| 06/21/2018 | HM | Various Services | Review fee complaint; ARDC answer | 350.00 | 0.4 | 140.00 |
| 06/21/2018 | HM | Various Services | Review Appellee filing of response to motion to Bar | 350.00 | 0.4 | 140.00 |
| 06/21/2018 | HM | Various Services | E-mail to Counsel Press re: brief | 350.00 | 0.2 | 70.00 |
| 06/25/2018 | HM | Various Services | Review e-mail re: status of ======== discovery w/ McNeal | 350.00 | 0.2 | 70.00 |
| 07/02/2018 | HM | Various Services | Review brief | 350.00 | 2.7 | 945.00 |
| 07/02/2018 | HM | Various Services | Draft motion to enlarge, Affidavit and notice; E-mail to Counsel Press | 350.00 | 2.0 | 700.00 |
| 07/02/2018 | HM | Various Services | E-mail enlarge to Rose at Counsel Press | 350.00 | 0.2 | 70.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Wiebolt case cited in Appellee brief | 350.00 | 0.3 | 105.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Bongard case cited in Appellee brief | 350.00 | 0.4 | 140.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Franz case cited in Appellee brief | 350.00 | 0.5 | 175.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Birney case cited in Appellee brief | 350.00 | 0.7 | 245.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Helms case cited in Appellee brief | 350.00 | 0.3 | 105.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Waste Management case cited in Appellee brief | 350.00 | 0.6 | 210.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Jones v. Chi HMO case cited in Appellee brief | 350.00 | 0.8 | 280.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Loitzt case cited in Appellee brief | 350.00 | 0.3 | 105.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Kelsay case cited in Appellee brief | 350.00 | 0.3 | 105.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Deal case cited in Appellee brief | 350.00 | 0.3 | 105.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Dowd & Dowd case cited in Appellee brief | 350.00 | 0.4 | 140.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Gregory case cited in Appellee brief | 350.00 | 0.5 | 175.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Sarno case cited in Appellee brief | 350.00 | 0.4 | 140.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Longo case cited in Appellee brief | 350.00 | 0.3 | 105.00 |
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Gambino case cited in Appellee brief | 350.00 | 0.2 | 70.00 |

(2) No benefit to estate

8

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 07/16/2018 | HM | Various Services | Analyze and Shepardize Leyshon case cited in Appellee brief | 350.00 | 0.4 | 140.00 |
| 07/16/2018 | HM | Various Services | Draft facts section of reply brief | 350.00 | 0.4 | 140.00 |
| 07/16/2018 | HM | Various Services | Draft punitive damages section of reply brief | 350.00 | 1.3 | 455.00 |
| 07/16/2018 | HM | Various Services | Draft civil conspiracy section of reply brief | 350.00 | 0.4 | 140.00 |
| 07/16/2018 | HM | Various Services | Draft aiding and abetting section of reply brief | 350.00 | 0.3 | 105.00 |
| 07/16/2018 | HM | Various Services | Draft fraudulent conveyances sections of reply brief | 350.00 | 0.2 | 70.00 |
| 07/16/2018 | HM | Various Services | Draft adequate consideration section of reply brief | 350.00 | 0.3 | 105.00 |
| 07/16/2018 | HM | Various Services | Draft conclusion/relief requested section of reply brief | 350.00 | 0.1 | 35.00 |
| 07/16/2018 | HM | Various Services | Cross check citations in reply brief. | 350.00 | 1.0 | 350.00 |
| 07/16/2018 | HM | Various Services | Email Counsel Press to arrange for filing of reply brief. | 350.00 | 0.1 | 35.00 |
| 07/16/2018 | HM | Various Services | Draft Motion for leave to file reply brief instanter. | 350.00 | 0.5 | 175.00 |
| 07/16/2018 | HM | Various Services | Draft supporting affidavit for leave to file instanter | 350.00 | 1.1 | 385.00 |
| 07/16/2018 | HM | Various Services | Draft proposed order to submit with motion for leave to file instanter. | 350.00 | 0.3 | 105.00 |
| 07/16/2018 | HM | Various Services | Email Reply Brief to Counsel Press. | 350.00 | 0.1 | 35.00 |
| 07/16/2018 | HM | Various Services | Make final changes to reply Brief; Email redline change to Reply Brief to Counsel Press | 350.00 | 0.4 | 140.00 |
| 07/16/2018 | HM | Various Services | Email Motion for leave to file reply brief instanter, supporting affidavit and proposed order to Counsel Press for efiling. | 350.00 | 0.1 | 35.00 |
| 07/19/2018 | HM | Various Services | Email counsel press re: status of approval of filing of reply brief; pull order approving filing instanter; Email brief to client and co-counsel | 350.00 | 0.2 | 70.00 | (1) Lumping
| 07/19/2018 | HM | Various Services | Respond to Greg Stern email re: calculation of damages and award of fees; pull copies of judgment and email to Stern and Client | 350.00 | 0.6 | 210.00 | (1) Lumping
| 07/19/2018 | HM | Various Services | Email servise list to Counsel Press for servise of Reply Brief on Appellee counsel. | 350.00 | 0.1 | 35.00 |

Totals: 170.9 $59,815.00

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 03/15/2018 | HM | Counsel Press- Printing/Preparation -Brief | | 1,310.36 | 1.0 | 1,310.36 |
| 06/27/2018 | HM | Copying costs for Viking | Copies from Viking | 5.80 | 1.0 | 5.80 |
| 07/17/2018 | HM | Stern Process Service | Witness fee for Sandra Wolfram | 60.00 | 1.0 | 60.00 |
| 07/24/2018 | HM | Copying costs for Viking | Copies of court filing by viking | 7.95 | 1.0 | 7.95 |
| 07/27/2018 | HM | Various Services | Counsel Press charges for brief | 580.00 | 1.0 | 580.00 |

9

| 07/27/2018 | HM | Counsel Press-Printing/Preparation-Brief | Printing and Preparation opf Reply Brief | 580.00 | 1.0 | 580.00 | (3) Duplicate |
| 08/25/2018 | HM | Counsel Press-Printing/Preparation-Brief | efiling of Objections to Appellee's Motion for leave to file in excess of 50 pages, Appellants' Motion to Bar future filings and Appellants' Motion for leave to file Reply Brief instanter. | 189.29 | 1.0 | 189.29 | |

Expense Total:  $2,733.40

| | |
|---|---|
| Time Entry Sub-Total: | 59,815.00 |
| Expense Sub-Total: | 2,733.40 |
| Sub-Total: | 62,548.40 |
| Total: | 62,548.40 |
| Amount Paid: | 0.00 |
| **Balance Due:** | **$62,548.40** |

10