IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CLINTON J. MAHONEY, | ) | Case No. 17 B 38099 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date & Time: |
| | ) | March 19, 2019 at 10:00 a.m. |

## NOTICE OF MOTION

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on March 19, 2019, at 10:00 a.m., I shall appear before the Honorable Timothy A. Barnes, or any other judge sitting in his stead, in Room 744, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Debtor's Accountant's Application for Allowance of Final Compensation, a copy of which is attached hereto and thereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and APPLICATION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 26th day of February, 2019.

                                                            /s/ Gregory K. Stern
                                                          Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
Dennis E. Quaid (Atty. ID #2267012)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

David J. Fischer
Michael B. Kind
Brian A. Raynor
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606

Timothy M. Hughes
1933 North Meacham Road
Suite 600
Schaumburg, Illinois 60173

**Parties Served Via U.S. Mail**

Clint Mahoney
10725 Maplewood Road
Countryside, Illinois 60525

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CLINTON J. MAHONEY, | ) | CASE NO.   17 B 38099 |
| | ) | |
| DEBTOR(S) | ) | HON. TIMOTHY A. BARNES |

APPLICATION FOR FINAL COMPENSATION

NOW COMES Margaret (Peggy) Hunn, CPA as a partner of Rozovics Group, LLP and as the accountant for Clinton J. Mahoney, Debtor, and in support of her Application for Final Compensation, states as follows:

1. That on or about January 24, 2018, an order was entered authorizing to employ Margaret (Peggy) Hunn, CPA, as accountant for the Debtor, with all compensation and reimbursement of expenses subject to further approval of this Court.

2. That Exhibit "A" contains detailed entries listing the date, the provider of services and outlines the total time allocation by the individual, along with the associated percentage of time.

3. That Exhibit "B" contains a Summary Report by Timekeeper listing the provider of services and outlines the total time allocation by the individual.

4. That Exhibit "C" is the Narrative Summary to the Summary Report by Activity (Exhibit "D"). That Exhibit "D" contains a Summary Report by Activity listing the time spent and the activity performed, outlining each activity by total time and its associated percentage.

5. That all of the professional services rendered have been actual and necessary services rendered, which are of the nature of accounting work. Margaret (Peggy) Hunn, CPA and Rozovics Group, LLP, respectfully submits that the fees requested in this Application constitute a reasonable and fair value of such services in view of the time spent and the complexity of the matters involved.

6. That Margaret (Peggy). Hunn, CPA and Rozovics Group, LLP the ("ACCOUNTANTS") have expended 45.5 hours of professional services, of which 27.7 hours of professional services were performed by Margaret (Peggy). Hunn, CPA, 4.0 hours were performed by Ariana Presa, staff accountant and 13.7 hours were performed by Kevin W. Neumann for the period July 13, 2018 through February 19, 2019, as is fully set forth in Exhibit "A", attached hereto and made a part thereof. The reasonable value of these services is $11,340.50.

WHEREFORE, Margaret (Peggy) Hunn, CPA and, respectfully request that this award for interim compensation for actual and necessary professional services rendered in the amount of $11,340.50 plus expenses in the amount of $ 181.43 totaling $ 11,521.93 to be paid herewith as a priority cost of administration.

Respectfully submitted,

By: _____
Margaret (Peggy) Hunn, CPA


Margaret (Peggy) Hunn, CPA
Rozovics Group, LLP
1580 N. Northwest Highway, #120
Park Ridge, Illinois  60068
847.699.7600