IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CLINTON J. MAHONEY, | ) | Case No. 17 B 38099 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date & Time: |
| | ) | March 19, 2019 at 10:00 a.m. |

## NOTICE OF MOTION

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on March 19, 2019, at 10:00 a.m., I shall appear before the Honorable Timothy A. Barnes, or any other judge sitting in his stead, in Room 744, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Reorganized Debtor's Motion To Enter Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and thereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 28th day of February, 2019.

                                                                                                    /s/ Gregory K. Stern
                                                                                                     Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
Dennis E. Quaid (Atty. ID #2267012)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

# SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

David J. Fischer
Michael B. Kind
Brian A. Raynor
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606

Timothy M. Hughes
1933 North Meacham Road
Suite 600
Schaumburg, Illinois 60173

**Parties Served Via U.S. Mail**

Clint Mahoney
10725 Maplewood Road
Countryside, Illinois 60525

Amex
PO Box 297871
Fort Lauderdale, FL 33329

Bydsom, Inc.
27W751 Swan Lake Drive
Wheaton, IL 60189

Capital One
P.O. Box 26625
Richmond, VA 23261

Capital One
P.O Box 30285
Salt Lake City, UT 84130-0285

Capital One - Menards
26525 N Riverwoods Blvd
Mettawa, IL 60045

Chase Card
P.O. Box 15298
Wilmington, DE 19850

City of Countryside
5550 East Avenue
La Grange, IL 60525

Commonwealth Edison
P.O. Box 767
Chicago, IL 60690-0767

Concentra
P.O. Box 9014
Addison, TX 75001

Cook County Treasurer
118 North Clark Street, Suite 112
Chicago, IL 60602

DuPage County Treasurer
421 North County Farm Road
Wheaton, IL 60187-2553

DuPage Medical Group
15921 Collections Center Drive
Chicago, IL 60693-0159

DuPage Pathology Associates, SC
120 North Oak Street
Hinsdale, Illinois 60521

Home Depot Credit Services
P.O. Box 790328
Saint Louis, MO 63179

Illinois Department of Revenue
P.O. Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank
P.O. Box 659754
Dallas, TX 75265

Land Group
600 Central Avenue, Suite 290
Highland Park, IL 60035

Loyola Medicine
Two Westbrook Corporate Center, Suite 700
Westchester, IL 60154

Loyola University Physician Foundation
2160 South First Avenue
Maywood, IL 60153

Donald J. McNeil
616 West Fulton Street, #310
Chicago, IL 60661-1109

MS Investment Group, Inc.
P.O. Box 10432
Peoria, IL 61612

Mtag Cust Atcfii IL LLC
PO Box 54292
New Orleans, LA 70154

Nebraska Alliance Realty
5002 Dodge Street
Omaha, NE 68132-2906

Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020

Regent Bank
7136 South Yale Avenue
Tulsa, OK 74136

Thompson Coburn, LLP
P.O. Box 18379M
Saint Louis, MO 63195

Village of Burr Ridge
7660 S. County Line Road
Willowbrook, IL 60527-4721

Ardwen Fund 3 LLC
1338 South Foothill Drive, #129
Salt Lake City, UT 84108

Adventist Hinsdale Hospital
120 North Oak Street
Hinsdale, Illinois 60521

City of Countryside
c/o Municipal Collection Services, Inc.
P.O. Box 327
Palos Heights, Illinois 60463

DuPage Circuit Court
c/o Harris & Harris
111 West Jackson Blvd., Suite 400
Chicago, Illinois 60604

Illinois Tollway
P.O. Box 5544
Chicago, Illinois 60680

JPMorgan Chase Bank
P.O. Box 24714
Columbus, OH 43224

Loyola University Medical Center
2160 South First Avenue
Maywood, Illinois 60153

LUMC Patient Payments
P.O. Box 3021
Milwaukee, WI 53201

Suburban Radiologists, SC
1446 Momentum Place
Chicago, Illinois 60689

The Fish Law Firm, P.C.
200 East 5th Avenue, Suite 123
Naperville, Illinois 60563

Village of Lemont
c/o Municipal Collections of America Inc.
3348 Ridge Road
Lansing, Illinois 60438

Village of Willow Springs
8255 S. Willow Springs Road
Willow Springs, Illinois 60455

Village of Worth
7112 West 111th Street
Worth, Illinois 60482

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CLINTON J. MAHONEY, | ) | Case No. 17 B 38099 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

Now comes Clinton J. Mahoney, the Reorganized Debtor, by and through his attorneys, Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid and Rachel S. Sandler, and in support of its Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1. On December 27, 2017, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code; and, the Debtor, as Debtor In Possession, has continued in possession of his property, pursuant to §§ 1107 and 1108; and, no trustee has been appointed in this case.

2. On November 28, 2018, the Third Amended Plan of Reorganization For Debtor Clinton J. Mahoney proposed by James Mahoney, the Secured Creditor (the "Confirmed Plan") was confirmed.

3. Pursuant to the Confirmed Plan, the Reorganized Debtor has made the following payments:

   (a) The Priority Tax Claims: The claim of the IDOR has been paid in full; and, monthly payments to the IRS have commenced.

   (b) Class 1 Claims: Payments have commenced towards the claim of James Mahoney.

   (c) Class 3 Claims: General unsecured non-priority claims have been paid in full.

4.      The Debtor has made all payments required by the United States Trustee for quarterly fees.

5.      There are no remaining contested matters pending and no further steps need be taken to facilitate the administration of the Confirmed Plan.

WHEREFORE, Clinton J. Mahoney, Reorganized Debtor, prays for an order entering a Final Decree and closing the Chapter 11 case; and, for such other relief as may be just.

                                                                /s/ Gregory K. Stern
                                                                  Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558