UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:           )          BK No.:   17-38099
CLINTON J. MAHONEY,    )
                 )
                 )          Chapter: 11
                 )          Honorable Timothy Barnes
                 )
                 )
        Debtor(s) )

## ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF COSTS AND EXPENSES FOR ACCOUNTANTS

THIS CAUSE COMING ON TO BE HEARD on Debtor's Accountants' Application For Allowance Of Final Compensation And Reimbursement Of Costs And Expenses, due and proper notice having been served and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. Margaret M. Hunn, CPA and Rozovics Group, LLP (the "Accountants") are allowed final compensation of $35,011.00, pursuant to 11 U.S.C. §§ 330 and 331, for services rendered from January 24, 2018 through February 19, 2019, to Clinton J. Mahoney, Debtor and Chapter 11 Debtor in Possession, and reimbursement of costs and expenses of $181.43.

2. The Debtor is authorized and directed to pay the Accountants the unpaid balance of the allowed interim compensation and reimbursement of costs and expenses in the amount of $11,521.93.

3. Services rendered by the Accountants after February 19, 2019, shall be invoiced monthly to the Reorganized Debtor and Margaret Hunn, Plan Disbursing Agent, who is authorized to pay such invoices and the amounts sought therein without further order of Court.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: March 19, 2019

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #2267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558